United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40022
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE GUADALUPE LERMA-GARCIA,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-558-ALL
---------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Jose Guadalupe Lerma-Garcia
(Lerma) has moved for leave to withdraw and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).  Lerma
has filed a motion requesting the appointment of substitute
counsel.  Our independent review of counsel's brief, Lerma's
response, and the record discloses no nonfrivolous issue for
appeal.  Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  The motion by

Lerma for substitution of counsel is DENIED.  <u>See</u> <u>United States</u>

<u>v. Wagner</u>, 158 F.3d 901, 902-03 (5th Cir. 1998).